**William Simpson EDWARDS, Plaintiff–Appellant,**

v.

**Stephen E. SPARKS, Defendant–Appellee.**

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

**John Boilingcamp, Defendant.**

Nancy Roth; John Hawk; Rebecca Bowker; Dave DeGrange; Harbans Deol; Coleen Kascel; Deb Nichols; Nick Ludwick; William Sperflage; Sheryl Dahm; John Baldwin, Defendants–Appellees.

No. 14–3552.

United States Court of Appeals, Eighth Circuit.

Submitted: May 1, 2015.

Filed: May 5, 2015.

William Simpson Edwards, Fort Madison, IA, pro se.

Forrest Guddall, Attorney General's Office, John Barry McCormally, Assistant Attorney General, Iowa Department of Justice, Des Moines, IA, for Defendants–Appellees.

Before COLLOTON, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Inmate William Simpson Edwards appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. We agree with the district court's well-reasoned determination that the summary judgment record did not reveal any genuine issues of material fact. *See Allard v. Baldwin*, 779 F.3d 768, 771 (8th

1. The Honorable Helen C. Adams, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Cir.2015) (de novo review). Because we find no basis for reversal, and Edwards offers none, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.